> **Motion DENIED.**
>
> This the 27th day of February, 2018.
>
> /s/Louise W. Flanagan, U.S. District Judge

Ruh As-Sadiq
2-6-18
Reg. No. 18810-056
FCI Coleman-Medium
P.O. Box 1032
Coleman, FL. 33521

Re: Case No. 5:00-CR-176-FL

FILED
FEB 09 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Your Honor,

Please be advised that I have been imprisoned now for 18 years on a single count of Bank Robbery. I was sentenced to 300 months imprisonment and ordered to pay $12,129.12 in restitution. I have been making regular payments through the prison's Financial Responsibility Program (F.R.P.). Within the past 18 years, I have repaired nearly $1,000.00

I am scheduled for release in 2021 to the halfway house. And I would like to request that my restitution be waived until I am released and a payment schedule